UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JUSTIN D. PORTER,

                          Plaintiff

     v.

SHEPARD, *et al.,*

                       Defendants

Case No.  2:20-cv 01654-APG-NJK

**ORDER**

## I.    DISCUSSION

On September 8, 2020, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983.  Docket No. 1-1.  Plaintiff has neither paid the full $400 filing fee for this matter nor filed an application to proceed *in forma pauperis* with complete financial attachments.

On September 10, 2020, Plaintiff filed a motion for extension of time to file his fully complete application to proceed *in forma pauperis* with complete financial attachments. Docket No. 5.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $400 filing fee.  To apply for *in forma pauperis* status, the inmate must submit all three of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

The Court grants Plaintiff's motion for extension of time at Docket No. 5 and will allow a **one-time** opportunity to file a fully complete application to proceed *in forma pauperis* containing all three of the required documents or, in the alternative, pay the full $400 filing fee for this action on or before **November 13, 2020**.  Absent unusual circumstances, the Court will not grant any further extensions of time.

If Plaintiff is unable to file a fully complete application to proceed *in forma pauperis* with all three required documents or pay the full $400 filing fee on or before **November 13, 2020**, the Court will dismiss this case without prejudice for Plaintiff to file a new case with the Court when Plaintiff is either able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pays the full $400 filing fee.

A dismissal without prejudice means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to submit with an application to proceed *in forma pauperis*.  Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $400 on or before **November 13, 2020** to proceed with this case.

The Court will retain Plaintiff's civil rights complaint, Docket No. 1-1, but the Court will not file the complaint unless and until Plaintiff timely files a fully complete application to proceed *in forma pauperis* with all three documents or pays the full $400 filing fee.

## II.    CONCLUSION

For the foregoing reasons, IT IS ORDERED Plaintiff's motion for extension of time, Docket No. 5, is **GRANTED**.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that, on or before **November 13, 2020**, Plaintiff will either pay the full $400 filing fee for a civil action (which includes the $350 filing fee and the $50 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's

1    approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page

2    3),

3        (2) a **<u>Financial Certificate</u>** properly signed by both the inmate and a prison or jail official

4    (i.e. page 4 of this Court's approved form), and

5        (3) a copy of the **<u>inmate's prison or jail trust fund account statement for the previous</u>**

6    **<u>six-month period</u>**.

7        IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to

8    proceed *in forma pauperis* with all three documents or pay the full $400 filing fee for a civil action

9    on or before **November 13, 2020**, the Court will dismiss this action <u>without prejudice</u> for Plaintiff

10   to refile the case with the Court, under a new case number, when Plaintiff has all three documents

11   needed to file a complete application to proceed *in forma pauperis* or pays the full $400 filing fee.

12       IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint, Docket

13   No.1-1, but will not file it at this time.

14       IT IS SO ORDERED.

15       DATED:  September 15, 2020.

16

17                                          _____
                                           NANCY J. KOPPE
18                                         UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28