UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JUSTIN D. PORTER, | Case No. 2:20-cv-01654-APG-NJK |
|---|---|
| Plaintiff | ORDER |
| v. | (Docket No. 10) |
| SHEPHERD, et al., | |
| Defendants | |

On March 8, 2021, the Court issued an order screening Plaintiff's complaint pursuant to 28 U.S.C. § 1915A. Docket No. 8. The Court dismissed the complaint without prejudice and granted Plaintiff leave to amend by July 1, 2021. *Id.* On June 18, 2021, Plaintiff filed a motion requesting an unspecified extension of time to file an amended complaint. Docket No. 10. The Court grants Plaintiff an extension until October 22, 2021, to file an amended complaint. Absent unusual circumstances, the Court will not grant another extension. If Plaintiff fails to file a timely amended complaint, this case will be subject to dismissal without prejudice.

For the foregoing reasons, **IT IS ORDERED** that Plaintiff's motion for an extension to file an amended complaint, Docket No. 10, is **GRANTED**. Plaintiff shall file any amended complaint no later than October 22, 2021.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely file a first amended complaint, this case will be subject to dismissal without prejudice.

DATED: July 20, 2021.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE