UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN D. PORTER, | Case No. 2:20-cv-01654-APG-NJK |
| Plaintiff | ORDER |
| v. | |
| SHEPHERD, et al., | |
| Defendants | |

On September 8, 2021, the Court issued an order granting Plaintiff's motion for the Court to issue a Rule 45 Subpoena Duces Tecum to Ben Guiterez. Docket No. 13 at 1. The Court also ordered the Office of the Attorney General of the State of Nevada to file a notice by September 15, 2021, advising the Court whether it would accept service of the subpoena on behalf of Ben Guiterez. *Id.* at 2. The Attorney General's Office has not filed a notice or otherwise responded to the Court's order. *See* Docket.

For the foregoing reasons, IT IS ORDERED that, no later than October 4, 2021, the Attorney General's Office shall file a notice advising the Court and Plaintiff whether it accepts service of the Subpoena Duces Tecum on behalf of Ben Guiterez. Failure to comply with this order may result in sanctions.

DATED: September 27, 2021.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE