UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN D. PORTER,<br><br>　　　　　　Plaintiff<br><br>　v.<br><br>SHEPHERD, et al.,<br><br>　　　　　　Defendants | Case No. 2:20-cv-01654-APG-NJK<br><br>ORDER<br><br>(Docket No. 17) |

On July 20, 2021, the Court issued an order granting Plaintiff an extension until October 22, 2021, to file an amended complaint. Docket No. 11. On September 2, 2021, Plaintiff filed a Motion for the Court to Issue a Rule 45 Subpoena Duces Tecum to Ben Gutierrez for Plaintiff's medical records. Docket No. 12. The Court granted the motion, and the Office of the Attorney General has now accepted service of the Subpoena Duces Tecum on behalf of Gutierrez. Docket Nos. 13, 16.

Plaintiff now submits that he has not yet received a copy of his medical records and requests an extension to file his amended complaint. Docket No. 17. The Court grants Plaintiff an extension until January 21, 2022, to file an amended complaint. Absent unusual circumstances, the Court will not grant another extension.

For the foregoing reasons,

**IT IS ORDERED** that Plaintiff's motion for an extension to file an amended complaint, Docket No. 17, is **GRANTED**. Plaintiff shall file any amended complaint no later than January 21, 2022.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely file an amended complaint, this case will be subject to dismissal without prejudice.

DATED: October 22, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE