AARON D. FORD
  Attorney General
DAWN R. JENSEN (Bar No. 10933)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3195 (phone)
(702) 486-3773 (fax)
Email: drjensen@ag.nv.gov

*Attorneys for Defendants*
*Benedicto Gutierrez and Nonilon Peret*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN D. PORTER, | Case No. 2:20-cv-01654-CDS-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| SHEPHERD, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Justin D. Porter, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Dawn R. Jensen, Deputy Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

///

This Parties have resolved this matter in its entirety and that the Court may accordingly close the case. Any outstanding deadlines are considered moot.

DATED May 6, 2022.

DATED May 6, 2022.

AARON D. FORD
Attorney General

*[signature]*
Justin Porter #1042499
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070
*Plaintiff, Pro Se*

/s/ *Dawn R. Jensen*
Dawn R Jensen, Bar No. 10933
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.** This matter is **DISMISSED WITH PREJUDICE** and the Clerk is directed to close the case.

DATED _____July 25__, 2022.

*[signature]*

UNITED STATES DISTRICT JUDGE